# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MIN XIAO,

                  Petitioner,                Case No. 26-10337

v.                                              Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

                  Respondents.

_____/

## ORDER DISMISSING CAUSE OF ACTION

Petitioner Min Xiao ("Xiao") filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.) He requested release on bond or that he be given a bond hearing. On March 4, 2026, the Court ordered respondents to provide Xiao with an individualized bond hearing before an Immigration Judge on or before March 10, 2026 or release Xiao from custody. (ECF No. 7.) The Court further ordered respondents to file a status report regarding Xiao no later than March 17, 2026. (*Id.*)

On March 16, 2026, respondents filed a status report, wherein they advised the Court that the immigration court held a bond hearing for Xiao on March 10, 2026. (ECF No. 8.)

Accordingly, as Xiao was granted the relief he requested in the form of an individualized bond hearing, **IT IS ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

<u>**s/Jonathan J.C. Grey**</u>
JONATHAN J.C. GREY
United States District Judge

DATE: June 9, 2026

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 9, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager